**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ELISSA PEREIRA,

Plaintiff,

26 **CIVIL** 328 (BCM)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 15, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

September 17, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:** K. Mango

______________________________

**Deputy Clerk**